IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY CONSTRUCTION ) | |
| WORKERS FRINGE BENEFIT FUNDS, ) | |
| *et al.*, ) | |
| ) | CIVIL ACTION |
| Plaintiffs, ) | |
| ) | NO. 09 C 4360 |
| vs. ) | |
| ) | JUDGE AMY J. ST. EVE |
| WEAVER CONSTRUCTION, INC., ) | |
| an Illinois corporation, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on January 19, 2010, request this Court enter judgment against Defendant, WEAVER CONSTRUCTION, INC. In support of that Motion, Plaintiffs state:

1. On January 19, 2010, this Court entered default against Defendant and set this matter for prove-up on February 4, 2010.

2. On September 24, 2009, Plaintiffs' auditors conducted an audit of the Defendant's payroll books and records for the time period September 22, 2008 through August 31, 2009. Plaintiffs' auditors, Levinson Simon & Sprung, P.C., has charged the Trustees the sum of $752.60 for auditing fees, which sum has been paid. Pursuant to the terms of the Trust Agreements to which Defendant is bound, Defendant has agreed to be liable for payment of said sum. (Affidavit of Deborah L. French).

3. Defendant has submitted monthly contribution reports to the Plaintiffs identifying employees of the Defendant who performed work covered by the collective bargaining agreement,

and the number of hours worked by or paid to those employees for the months of October 2008 through January 2009 and August 2009. Said monthly contribution reports establish that Defendant owes the Plaintiffs $16,427.66 for contributions and $1,642.77 for liquidated damages, for a total of $18,070.42. After application of partial payments totaling $6,865.19, Defendant owes $11,205.24 for the stated time period.

4. In or about October 2009, Defendant entered into a time payment arrangement for the repayment of contributions, liquidated damages, and interest in the total amount of $29,912.36 incurred for the months of February 2009 through July 2009. After application of partial payments in the total amount of $22,263.56, Defendant owes a balance of $7,648.80 pursuant to the time payment plan.

5. In addition, Plaintiffs' firm has expended $435.00 for costs and $3,640.00 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

6. Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $23,681.64.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $23,681.64.

/s/ Jennifer L. Dunitz-Geiringer

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 28th day of January 2010:

        Mr. Todd Weaver, Registered Agent/President
        Weaver Construction, Inc.
        1853 Dovetail Point
        Sycamore, IL   60178

        Mr. Thomas L. Doherty
        The Doherty Law Firm
        125 North First Street
        DeKalb, IL   60115

        /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\Fvcwj\Weaver\#21734\motion for entry of judgment.jdg.df.wpd